IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



LAMAR JORDAN,

    Petitioner,

v.                         Civil Action No. 3:13CV735

KEITH DAVIS,

    Respondent.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1. Jordan's Objections (ECF No. 26) are overruled;
2. The Report and Recommendation is accepted and adopted;
3. The Motion to Dismiss (ECF No. 13)
4. The action is dismissed; and,
5. The Court denies a certificate of appealability.

Should Jordan desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion and Final Order to counsel of record.

It is so ORDERED.

                                      /s/ REP
                                      Robert E. Payne
Date: July 17, 2015            Senior United States District Judge
Richmond, Virginia